AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-CV-00981-LJV

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  TK Holdings
was recieved by me on  9/20/2023:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **REGISTERED AGENT**, who is designated by law to accept service of process on behalf of **TK Holdings** at **2500 Takata Drive, Auburn Hills, MI 48326** on **09/22/2023 at 3:05 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 160.00 for services, for a total of $ 160.00.

I declare under penalty of perjury that this information is true.

Date:  09/22/2023

*Server's signature*

**Peter Ebhohimen**
*Printed name and title*

28973 ANNAPOLIS RD
WESTLAND, MI 48186

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with piercings.**



Tracking #: 0114671715

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:23-CV-00981-LJV**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Honda American Mfg., Inc.
was recieved by me on  9/20/2023:

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on **REGISTERED AGENT**, who is designated by law to accept service of process on behalf of **Honda American Mfg., Inc. at 24000 Honda Parkway, Marysville, OH 43040 on 09/21/2023 at 11:22 AM**; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 160.00 for services, for a total of $ 160.00.

I declare under penalty of perjury that this information is true.

Date:   09/21/2023

*Server's signature*

**Misty Amburgey**
*Printed name and title*

47 E Home St
C
Westerville, OH 43081

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.
person whom accepted name is Julie B Smith**




Tracking #: 0114556604

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:23-CV-0981-LJV**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   American Honda Motor Company
was recieved by me on  9/20/2023:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Angel Castro**, who is designated by law to accept service of process on behalf of **American Honda Motor Company** at **1919 Torrance Boulevard, Torrance, CA 90501** on **09/21/2023** at **11:49 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ **140.00** for services, for a total of $ **140.00**.

I declare under penalty of perjury that this information is true.

Date:  09/21/2023

_____
Server's signature

**Nikko Paulino**
Printed name and title

**11642 McLennan ave
Granada Hills, CA 91344**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to Angel Castro who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 35-45 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**




Tracking #: 0114577049

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:23-CV-00981-LJV**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **West Herr Auto Group** was recieved by me on **9/21/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **John Balus**, who is designated by law to accept service of process on behalf of **West Herr Auto Group at 3448 McKinley Parkway, Buffalo, NY 14219** on **09/22/2023 at 4:31 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ **0** for travel and $ **140.00** for services, for a total of $ **140.00**.

I declare under penalty of perjury that this information is true.

Date:  **09/22/2023**

_____
Server's signature

**Anthony Crowley**
Printed name and title

**90 Felton street**
**North Tonawanda, NY 14120**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents to John Balus who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with glasses.**





Tracking #: 0114678501

53 Denise Drive
14227



USDC - WDNY
SEP 27 2023
BUFFALO

U.S. Courthouse
Clerk's Office
2 Niagara Square
Buffalo, NY 14202-3350



