UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
Civ. Action No. 1:23-cv-00981-LJV



MICHAEL J. HALLMARK,

    Plaintiff,

TAKATA CORPORATION, TK HOLDINGS, INC., AMERICAN HONDA MOTOR CO., INC., HONDA OF AMERICA MFG., INC., WEST HERR AUTO GROUP, WEST HERR DOE DEFENDANTS 1-3,

    Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, MICHAEL J. HALLMARK ("Plaintiff") in the above-entitled matter, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby stipulates and agrees that said action against the Defendants, American Honda Motor Co., Inc., and Takata Corporation, TK Holdings, Inc. be dismissed, without prejudice, and with each party to bear its own attorney's fees and costs.

Respectfully submitted,

MICHAEL J. HALLMARK, *pro se*

Michael J. Hallmark
53 Denise Drive,
Cheektowaga, NY 14227
E-Mail: MJHallmark@yahoo.com