**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**MICHAEL J. HALLMARK,**

Plaintiff,

~ *versus* ~

**WEST HERR AUTO GROUP;**
**WEST HERR DOE DEFENDANTS 1-3;**

Defendants.

Case No. **1:23-cv-0981**

**Before the Honorable**
**District Judge Lawrence J. Vilardo**

**AFFIRMATION OF SERVICE**
**OF RULE 26(a)(1) INITIAL PRODUCTION**

Consistent with Fed. R. Civ. P. 26(a)(1) and the Scheduling Order of the Honorable Magistrate Judge Jeremiah J. McCarthy (ECF 14), on February 21, 2025, the Undersigned Counsel for Plaintiff Michael J. Hallmark, served by e-mail on all Counsel for all Parties that have appeared, the Rule 26 Initial Disclosures on behalf of the Plaintiff identified above.

Dated: **February 21, 2025**

RESPECTFULLY SUBMITTED,

By: [signature]

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for Hallmark*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025 simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Kathleen J. Martin, Esq.**
**GOLDBERG SEGALLA LLP**
665 Main Street, Suite 400
Buffalo, NY 14203
e-**mails:** Kmartin@goldbergsegalla.com