UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL J. HALLMARK,

Plaintiff,

vs.

TAKATA CORPORATION, TK HOLDINGS, INC.,
AMERICAN HONDA MOTOR CO., INC.,
HONDA OF AMERICA MFG, INC.,
WEST HERR AUTO GROUP,
WEST HERR DOES DEFENDANTS 1-3

Defendants.

Civil No. 1:23-cv-00981-LJV

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, a copy of the foregoing Defendants West Herr Auto Group and West Herr Does Defendants 1-3's 26(a)(1) Disclosures was served via email upon Plaintiff.

*s/ Kathleen J. Martin*

Kathleen J. Martin, Esq.
GOLDBERG SEGALLA LLP
*Attorneys for Defendants West Herr Auto Group and West Herr Does Defendants 1-3.*
665 Main Street
Buffalo, New York 14203-1425
kmartin@goldbergsegalla.com
Phone: (716) 566-5400
Fax: (716) 566-5401