UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL J. HALLMARK,**<br><br>                  Plaintiff,<br><br>~ *versus* ~<br><br>**HONDA OF AMERICA MFG., INC.,**<br><br>                  Defendant. | Case No. **1:23-cv-0981**<br><br>**Before the Honorable<br>District Judge Lawrence J. Vilardo** |

### REQUEST FOR ENTRY OF DEFAULT

The Plaintiff, **MICHAEL J. HALLMARK**, respectfully requests that the Clerk of Court enter Default against Defendant **HONDA OF AMERICA MFG., INC.**, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, the Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: **July 27, 2025**

By:                          RESPECTFULLY SUBMITTED,

*/s/ Baruch S. Gottesman*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for Hallmark*

1

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 27, 2025, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to all Counsel of Record by electronic means through the ECF/PACER system: