UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL J. HALLMARK,** | Case No.  **1:23-cv-0981** |
| Plaintiff, | |
| ~ *versus* ~ | **Before the Honorable** |
| **HONDA OF AMERICA MFG., INC.,** | **District Judge Lawrence J. Vilardo** |
| Defendant. | |

### ENTRY OF DEFAULT

It appearing that Defendant Honda of America Mfg., Inc. is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendant on this day of _____.

 

Mary C. Loewenguth
Clerk of Court
United States District Court
Western District of New York

_____
By:
Deputy Clerk

1