UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL J. HALLMARK,

                Plaintiff,

     v.                                                                 23-CV-981

HONDA OF AMERICA MFG., INC.,

                Defendant.
_____


**<u>CLERK'S ENTRY OF DEFAULT</u>**

       It appearing that Defendant

Honda of America MFG., Inc.,

is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendant on July 28, 2025.


                                                  MARY C. LOEWENGUTH
                                                      Clerk of Court
                                                United States District Court


                                                      By: s/Colin J.
                                                      Deputy Clerk