# EXHIBIT "A"

| | |
|---|---|
| MICHAEL J. HALLMARK,<br><br>               Plaintiff,<br><br>   vs.<br><br>TAKATA CORPORATION, TK HOLDINGS, INC., AMERICAN HONDA MOTOR CO., INC., HONDA OF AMERICA MFG., INC., WEST HERR AUTO GROUP, WEST HERR DOE DEFENDANTS 1-3,<br>               Defendants. | Case No. 1:23-cv-00981-LJV-JJM<br><br><br>**DECLARATION OF AMERICAN HONDA MOTOR CO., INC. (ON BEHALF OF "HONDA OF AMERICA MFG., INC.")** |

I, Marion Mauch, swear as follows.

1.     I am over the age of 18 and am Senior Counsel in the Law and IP Unit of American Honda Motor Co., Inc. ("AHM"). AHM provides legal and other administrative support services to the Honda family of companies in the United States. I have personal knowledge of the facts stated in this affidavit, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

2.     On or about September 21, 2023, plaintiff purported to serve Honda of America Manufacturing, Inc. ("HAM") with the summons and complaint in this action. As of April 1, 2021, HAM ceased to exist as a corporate entity. At that time, HAM's operations were merged into a new company called Honda Development & Manufacturing of America, LLC ("HDMA"). HDMA has no record of service of a summons and complaint in this matter ever having been attempted on HDMA or the defunct HAM.

3.     When AHM was served with the summons and complaint in this action on September 21, 2023, AHM assigned the law firm of Lewis Brisbois Bisgaard & Smith LLP ("LBBS"), to defend the claims against AHM/HAM as well as the claims asserted against

161807947.1

additional named defendants, Takata Corporation and TK Holdings, Inc. (the "Honda/Takata defendants").

4.      On or about October 16, 2023, AHM was notified by LBBS that this entire case was dismissed as to all Honda/Takata defendants and that plaintiff was instead pursuing his claim through the Takata Airbag Tort Compensation Trust Fund ("TATCTF").

5.      Once AHM was advised that this lawsuit had been dismissed as against all Honda/Takata defendants, AHM was operating under the belief that no answer to the complaint in this case needed to be filed with respect to any Honda/Takata defendant, and no other action needed to be taken on their behalf.

6.      From October 16, 2023, to August 5, 2025, AHM received no information of any kind that this case was continuing against the defunct HAM or any Honda/Takata defendant. No one at AHM was ever informed that the dismissal of HAM or any Honda/Takata defendant had been vacated. Neither AHM nor, to our understanding, LBBS ever received plaintiff's Motion to Restore.

7.      On August 5, 2025, the "Clerk's Entry of Default" was received by AHM.  This was the first notice of any continued litigation in this case against HAM or any Honda/Takata defendant.

8.       Up until August 5, 2025, none of the Honda/Takata defendants had any reason to believe they were or could be in default in this matter. If such a default occurred, it was certainly not "willful."

9.      Plaintiff will not be prejudiced by setting aside the default since Plaintiff can still pursue remedies in connection with his claim after the default is vacated.

161807947.1

10.    HAM has a meritorious defense to the complaint.  The vehicle was not defective. Airbags do not deploy in all accidents. Airbags are deployed by a complex algorithm that depends on many factors and circumstances of the collision, including speed, direction of force, size and weight of the vehicles involved, including whether occupants are belted and other factors.

11.    Based on the foregoing, I respectfully request that the Court set aside the Default that was entered against HAM and allow an answer to be filed on behalf of the correct successor entity, HDMA, so that this matter can be litigated on the merits.

I swear under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Affidavit was executed on August 19, 2025, at Torrance, California.

Dated August 19, 2025

_____
Marion Mauch

161807947.1