**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL J. HALLMARK,<br><br>Plaintiff,<br><br>vs.<br><br>TAKATA CORPORATION, TK HOLDINGS, INC., AMERICAN HONDA MOTOR CO., INC., HONDA OF AMERICA MFG., INC., WEST HERR AUTO GROUP, WEST HERR DOE DEFENDANTS 1-3,<br><br>Defendants. | Case No. 1:23-cv-00981-LJV-JJM<br><br>**NOTICE OF MOTION**<br><br>**DATE:**<br>**TIME:**<br>**PLACE:** |

**PLEASE TAKE NOTICE** that on ________, at ______ A.M. before the Hon. Judge McCarthy of the above-entitled Court located at United District Court, 2 Niagara Square, Buffalo, NY 14202, Defendant HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC, incorrectly sued herein as Honda of America Mfg., Inc., will move this Court pursuant to FRCP 37(b) for an order:

(a) Granting penalties pursuant to FRCP 26 and FRCP 37(b) based on Plaintiff's failure to comply with this Court's Amended Case Management Order (*see* CM/ECF Doc. No. 39) by failing to exchange FRCP 26 Mandatory Disclosures by the ordered deadline of July 17, 2026; and

(b) Pursuant to FRCP 37(c)(1). striking / dismissing the complaint in whole or in part, or precluding Plaintiff from offering evidence at the time of trial, on a motion, or at a hearing; and

Defendant seeks this relief with the Court's permission as stated during the Conference held on September 1, 2026 (*see* CM/ECF Doc. No. 44); and

For all the reasons stated in the accompanying Memorandum of Law, the additional Exhibits attached hereto, the pleadings and other documents in the Electronic Court File, and such other and further oral and documentary evidence as may be presented at the hearing on this Motion, the instant motion should be granted in full together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 18, 2026

LUKE S. SHEMETH, ESQ.
NICHOLAS HURZELER, ESQ.