**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL J. HALLMARK,<br><br>Plaintiff,<br><br>vs.<br><br>TAKATA CORPORATION, TK HOLDINGS, INC., AMERICAN HONDA MOTOR CO., INC., HONDA OF AMERICA MFG., INC., WEST HERR AUTO GROUP, WEST HERR DOE DEFENDANTS 1-3,<br><br>Defendants. | Case No. 1:23-cv-00981-LJV-JJM<br><br>**ATTORNEY DECLARATION** |

**LUKE S. SHEMETH, ESQ.**, an attorney duly admitted to practice before the Western District of New York, and a member of Lewis Brisbois Bisgaard & Smith, counsel for the Defendant HONDA DEVELOPMENT & MANUFACTURING OF AMERICA, LLC, incorrectly sued herein as Honda of America Mfg., Inc. (hereinafter "HDMA") in the above-captioned action, hereby states the following to be true under the penalties of perjury, as follows.

HDMA's instant motion is supported by the following Exhibits:

**Exhibit A –** Court "Minute Entry" under CM/ECF No. 38, i.e. "Minute Entry for proceedings held before Hon. Jeremiah J. McCarthy: telephonic preliminary pretrial conference held on 6/15/2026. Case Management Order (CMO) dates discussed and set. CMO to follow. The court instructs the parties that good cause must be shown to amend CMO dates. The court also informs the parties of its informal discovery dispute resolution procedures. APPEARANCES (by telephone): Baruch S. Gottesman for plaintiff; Luke S. Shemeth and Nicholas Hurzeler for defendant. (Teams) (JLV) (Entered: 06/15/2026)";

**Exhibit B –** Court Order under CM/ECF Doc. No. 39: Amended Case Management Order;

**Exhibit C –** Email dated August 4, 2026, by Defendant's Counsel to Plaintiff's Counsel;

**Exhibit D –** Good Faith Letter dated August 25, 2026, by Defendant's Counsel to Plaintiff's Counsel;

**Exhibit E –** Email thread dated August 25, 2026, between Defendant's Counsel and Plaintiff's Counsel;

**Exhibit F –** Letter to Court dated August 25, 2026, under CM/ECF Doc. No. 41;

**Exhibit G –** Court "Text Order" under CM/ECF No. 44, i.e. "TEXT ORDER: As discussed during today's status conference, the deadline by which the parties must conduct their initial mediation session is extended to October 15, 2026. The remaining deadlines of the Amended Case Management Order 39 remain in effect. Defendant Honda of America MFG, Inc.'s rights are reserved with respect to whether plaintiff served timely and proper Rule 26(a)(1) disclosures. SO ORDERED. Issued by Hon. Jeremiah J. McCarthy on 9/1/2026. (JD) (Entered: 09/01/2026)".

Based upon the said exhibits, and for all the factual and legal reasons set forth in the annexed Memorandum of Law, Defendant respectfully requests that the instant motion be granted in full, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 18, 2026



LUKE S. SHEMETH, ESQ.
NICHOLAS HURZELER, ESQ.