# EXHIBIT C

**Shemeth, Luke**

| | |
|---|---|
| **From:** | Shemeth, Luke |
| **Sent:** | Tuesday, August 4, 2026 3:09 PM |
| **To:** | Baruch Gottesman; baruchgottesman@gmail.com |
| **Cc:** | Hurzeler, Nicholas |
| **Subject:** | RE: Mediator/Mediation - Hallmark |
| **Attachments:** | Manning Kenneth Mediation Hourly [1581] 45201.pdf; Hallmark - stip_selection_of_mediator_0.pdf |
| **Importance:** | High |

Baruch –

I have secured Kenneth Manning as a mediator. His minimum for a mediation is 4 hours, so secured him on 8/28, 10am-2pm. He will also need two hours for review of materials.

A pre-mediation call will likely be scheduled as well. I will forward case info to JAMS.

Please see the attached stipulation and let me know ASAP if I may sign and file the stipulation jointly.

Please advise as to your formal settlement demand on this matter.

As an aside – per the Court's amended CMO, initial disclosures pursuant to Rule 26 were to be served by 7/17/26, and we are pending receipt of the same from you. Please let us know when you are able to provide the same, but no later than 8/12/26.

Thank you.

Best,

**Luke Shemeth**
**Attorney**
New York
646.989.9460 or x2129460

---

**From:** Baruch Gottesman <baruch.gottesman@gmail.com>
**Sent:** Tuesday, August 4, 2026 1:41 PM
**To:** Shemeth, Luke <Luke.Shemeth@lewisbrisbois.com>
**Cc:** Hurzeler, Nicholas <Nicholas.Hurzeler@lewisbrisbois.com>
**Subject:** Re: Mediator/Mediation - Hallmark

EXTERNAL

Whichever one you can arrange.

As always, please feel free to reach out to me if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
(212) 401-6910
\~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.*
\~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*

On Tue, Aug 4, 2026 at 1:40 PM Shemeth, Luke <Luke.Shemeth@lewisbrisbois.com> wrote:

> Baruch –
>
> We were to notify the Court of a mediator selection by 7/31 and to hold a preliminary mediation by 8/31, so need to file a letter ASAP advising the same.
>
> We have reached out to Kenneth Manning or Judge Michael Dolinger (ret.) as a mediator, through JAMS, and are pending responses from both regarding their availability prior to 8/31.
>
> We have also reached out to NAM for availability on mediator options prior to 8/31.
>
> We would be splitting the cost of said mediator.
>
> Please let us know if you agree with one or either ASAP and we can file a letter advising the Court.

Best,

**Luke Shemeth**
**Attorney**
**Luke.Shemeth@lewisbrisbois.com**

**T: 646.989.9460 F: 212.232.1399**

140 Broadway, 31st Floor, New York, NY 10005 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.