# EXHIBIT D

LEWIS BRISBOIS

Luke Shemeth
140 Broadway, Suite 3100
New York, New York 10005
Luke.Shemeth@lewisbrisbois.com
Direct: 646.989.9460

August 25, 2026

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004

Re: Michael Hallmark v. Honda of America MFG, Inc.
Date of Loss : September 27, 2020
Index No. : 23-CV-981-V (US District Court, Western District of NY)
Our File No. : 20159.1219

Dear Counselor:

As you are aware, this office represents the defendant, Honda of America MFG, Inc., in the above-referenced matter.

On July 17, 2026, pursuant to the Court's So-Ordered Case Management Schedule, Initial Disclosures under FRCP Rule 26 were to be served. While we served our disclosures, to date, we have not received your Initial Disclosures or any discovery for that matter.

As you know, we have a mediation with Kenneth Manning scheduled for August 28, 2026.

Please accept this letter as our **Good Faith** attempt to obtain the outstanding disclosures and discovery from your office. On August 4, 2026, we sent a good faith email advising as to the outstanding disclosures and to provide the same by August 12, 2026.

**Please provide your disclosures and all of discovery by August 27, 2026.** If we do not receive your Initial Disclosures and correlated discovery by August 27, 2026, we will need to reschedule the mediation currently on the calendar for August 28, 2026.

Thank you in advance for your anticipated prompt cooperation in this regard. Should you have any questions, or otherwise want to meet and confer, please feel free to contact the undersigned at anytime.

Very truly yours,

*Luke S. Shemeth*

Luke Shemeth of
LEWIS BRISBOIS BISGAARD & SMITH LLP

LSS:es
Encl.

CC: Nicholas Hurzeler, Esq.