# EXHIBIT E

**Shemeth, Luke**

| | |
|---|---|
| **From:** | Shemeth, Luke |
| **Sent:** | Tuesday, August 25, 2026 1:54 PM |
| **To:** | Baruch Gottesman |
| **Cc:** | Hurzeler, Nicholas |
| **Subject:** | RE: Good Faith Letter - Hallmark, DOL 9/27/20 |
| **Importance:** | High |

Baruch –

Thank you – again though, we never received discovery prior to just now.

We require formal Rule 26 Disclosures specific to Honda even if the witnesses may be the same and there's some cross-over with the Rule 26 Disclosures you served on the West Herr defendants (which we never previously received). We need to provide your Disclosures to our client.

Please provide Rule 26 Disclosures specific to our client ASAP.

As mentioned, however, we will begin a review of all the materials you forwarded to us. Upon conducting a cursory review of the links you provided, we see there's hundreds of documents within the files.

In line with the above, pending receipt of the Rule 26 Disclosures and our need to review what's been provided, we don't see how conducting a mediation would be advantageous at this time, and believe it necessary to reschedule Friday's (8/28) mediation to a new date and time.

We'll file a letter to the Court advising that the mediation date will need to be rescheduled.

Please also confirm your formal, initial settlement demand in this case.

Thank you.

Regards,

**Luke Shemeth**
**Attorney**
New York
646.989.9460 or x2129460

---

**From:** Baruch Gottesman <baruch.gottesman@gmail.com>
**Sent:** Tuesday, August 25, 2026 12:08 PM
**To:** Shemeth, Luke <Luke.Shemeth@lewisbrisbois.com>
**Cc:** Hurzeler, Nicholas <Nicholas.Hurzeler@lewisbrisbois.com>
**Subject:** Re: Good Faith Letter - Hallmark, DOL 9/27/20

EXTERNAL

I believe that from the Plaintiff's perspective, the information about potential witnesses, etc . . is complete, but it's been a while and I will see if we can/should provide an updated disclosure.

As always, please feel free to reach out to me if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman, Esq.
Gottesman Legal PLLC
11 Broadway, Suite 615
New York, NY 10004
(212) 401-6910<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.*<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*

On Tue, Aug 25, 2026 at 12:06 PM Shemeth, Luke <Luke.Shemeth@lewisbrisbois.com> wrote:

> Baruch –
>
> Thank you, however, your Rule 26 disclosures with regards to our client (Honda) and pursuant to Magistrate McCarthy's CMO were not previously provided. Please send us correspondence showing that it was served on our office.
>
> We would not have been privy to any Rule 26 disclosures in 2025 as they were not served on the Honda entity or our office in line with Magistrate McCarthy's most recent order. Those 2025 disclosures were only as to the West Herr defendants.
>
> We need Rule 26 disclosures specifically as to Honda. The Rule 26 disclosures you provided address West Herr.

That aside, thank you for providing collateral documents/materials related to discovery which we will review.

Best,

**Luke Shemeth**
**Attorney**
**Luke.Shemeth@lewisbrisbois.com**

**T: 646.989.9460 F: 212.232.1399**

140 Broadway, 31st Floor, New York, NY 10005 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule
Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Baruch Gottesman <baruch.gottesman@gmail.com>
**Sent:** Tuesday, August 25, 2026 11:49 AM
**To:** Shemeth, Luke <Luke.Shemeth@lewisbrisbois.com>
**Cc:** Hurzeler, Nicholas <Nicholas.Hurzeler@lewisbrisbois.com>
**Subject:** Re: Good Faith Letter - Hallmark, DOL 9/27/20

EXTERNAL

Counsel:

We already made the Rule 26(a)(1) disclosures but as a show of good faith, attached please find the link to Dropbox of the original disclosures in 2025, and supplemental documentary disclosures.

https://www.dropbox.com/scl/fi/hkrji9hjeapw5yc21ye96/2026.08.25-Rule-26-Disclosures-in-Hallmark-v.-Honda.zip?rlkey=mysjupjce859yuogcnylii0y6&dl=0

If there are outstanding Document Demands or Interrogatories - please resend because I do not have that catalogued or calendared.

The supplemental disclosures are in the format provided to me by the client, and not BATESTAMPED. We can provide BATESTAMPED versions in advance of the depositions and to identify responsive documents in any formal Interrogatoreis/Document demands.

Further and in the interest of full disclosure, the client has been instructed to gather all potentially relevant evidence. As of now this is the bulk of what he has been able to identify and I will update you if/when any further documents are identified.

As always, please feel free to reach out to me if you have any questions, comments, or concerns about this or any other matter.

Respectfully,

Baruch S. Gottesman, Esq.

GOTTESMAN LEGAL PLLC

11 Broadway, Suite 615

New York, NY 10004

(212) 401-6910

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*This electronic mail transmission may contain privileged, confidential and/or proprietary information intended for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under*

*the internal Revenue Code; or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.*

On Tue, Aug 25, 2026 at 11:42 AM Shemeth, Luke <Luke.Shemeth@lewisbrisbois.com> wrote:

Counselor –

Please find the attached good faith letter on this matter.

Regards,

LEWIS BRISBOIS

**Luke Shemeth**
**Attorney**
**Luke.Shemeth@lewisbrisbois.com**

**T: 646.989.9460 F: 212.232.1399**

140 Broadway, 31st Floor, New York, NY 10005 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.